# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2411

_____

| | | |
|---|---|---|
| Jack Collins III, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Dakota County District Court, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: October 12, 2011
Filed: October 20, 2011

_____

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jack Collins III appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint for lack of subject matter jurisdiction. After careful de novo review, see Great Rivers Habitat Alliance v. FEMA, 615 F.3d 985, 988 (8th Cir. 2010), we conclude that dismissal was proper for the reasons the district court stated, see Harris v. Mo. Court of Appeals, 787 F.2d 427, 429 (8th Cir. 1986) (state courts possess

_____

[1]The Honorable Susan Richard Nelson, United States District Court Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

Eleventh Amendment immunity from § 1983 suit).  Accordingly, we affirm.  <u>See</u> 8th
Cir. R. 47B.

_____